**JAROD M. BONA (SBN 234327)**
**BONA LAW PC**
4275 Executive Square, Suite 200
La Jolla, CA 92037
Tel: (858) 964-4589
Fax: (858) 964-2301
Email: jarod.bona@bonalawpc.com

Attorney for Defendant, **FUNDING METRICS LLC**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYBUSINESSLOAN.COM LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOR A FINANCIAL BUSINESS LOANS LLC, FUNDING METRICS LLC, NEW ERA LENDING LLC, RICHMOND CAPITAL GROUP LLC, and PEARL BETA FUNDING LLC,<br><br>Defendants. | Case No. 15-cv-2254-BTM<br><br>**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Defendant, Funding Metrics LLC, by and through its undersigned counsel, pursuant to Rule 7.1, Fed. R. Civ. P., files its Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

1. Funding Metrics does not have a parent company.

2. No publicly held corporation holds ten percent or more of an ownership interest in Funding Metrics.

3. Other than the parties, Funding Metrics is not aware of any persons or entities that may have an interest in the outcome of this case.

1 | Dated: January 15, 2016

2
3
*/s/ Jarod M. Bona*
Jarod M. Bona
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Tel: (858) 964-4589
Fax: (858) 964-2301
Email: jarod.bona@bonalawpc.com
*Attorney for Funding Metrics, LLC*

1

## **CERTIFICATE OF SERVICE**

2

3   I hereby certify that on January 15, 2016, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and

4

interested parties through this system.

5

6
                                          */s/ Jarod M. Bona*
                                          Jarod M. Bona

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Case No. 15-cv-2254-BTM

Bona Law PC